| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name and Address):<br>DAVID L. PRINCE, ESQ. #113599<br>MILES L. PRINCE, ESQ. #298823<br>1912 E. Vernon Ave., Ste. 100<br>Los Angeles, CA 90058<br>ATTORNEY FOR LIEN CLAIMANT: NB BROTHER CORP. | **TELEPHONE NO.:** 323-234-2989 |

NAME OF COURT: U.S. District Court, Central District of California
STREET ADDRESS: 350 W. 1st St.
MAILING ADDRESS: same
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: West

PLAINTIFF: UNICOLORS, INC.

DEFENDANT: JASMINE USA INC., ET AL.

**NOTICE OF LIEN**
(Attachment—Enforcement of Judgment)

CASE NUMBER: 2:17-CV-06973-PSG-PLA

ALL PARTIES IN THIS ACTION ARE NOTIFIED THAT

1. A lien is created by this notice under
   a. ☐ Article 3 (commencing with section 491.410) of Chapter 11 of Title 6.5 of Part 2 of the Code of Civil Procedure.
   b. ☑ Article 5 (commencing with section 708.410) of Chapter 6 of Title 9 of Part 2 of the Code of Civil Procedure.
2. The lien is based on a
   a. ☐ right to attach order and an order permitting the creation of a lien (copies attached).
   b. ☑ money judgment.

3. The right to attach order or the money judgment is entered in the following action:
   a. Title of court (specify): United States District Court, Central District of California
   b. Name of case (specify): Unicolors, Inc. v. NB Brother Corp.
   c. Number of case (specify): 2:16-cv-02268-MWF-JPRc
   d. ☑ Date of entry of judgment (specify): 11/13/2017. Abstract of Judgment attached as Exhibit "A"
   e. ☐ Dates of renewal of judgment (specify):

4. The name and address of the judgment creditor or person who obtained the right to attach order are (specify):
   NB BROTHER CORP., c/o Miles L. Prince, Esq., 1912 E. Vernon Ave., Ste. 100, Los Angeles, CA 90058

5. The name and last known address of the judgment debtor or person whose property is subject to the right to attach order are (specify):
   UNICOLORS, INC., 3251 E. 26th St., Vernon, CA 90058

6. The amount required to satisfy the judgment creditor's money judgment or to secure the amount to be secured by the attachment at the time this notice of lien is filed is
   $ 34,629.00

7. The lien created by this notice attaches to any cause of action of the person named in item 5 that is the subject of this action or proceeding and to that person's rights to money or property under any judgment subsequently procured in this action or proceeding.

8. No compromise, dismissal, settlement, or satisfaction of this action or proceeding or any of the rights of the person named in item 5 to money or property under any judgment procured in this action or proceeding may be entered into by or on behalf of that person, and that person may not enforce any rights to money or property under any judgment procured in this action or proceeding by a writ or otherwise, unless one of the following requirements is satisfied:

   a. the prior approval by order of the court in this action or proceeding has been obtained;
   b. the written consent of the person named in item 4 has been obtained or that person has released the lien; or
   c. the money judgment of the person named in item 4 has been satisfied.

**NOTICE** The person named in item 5 may claim an exemption for all or any portion of the money or property within 30 days after receiving notice of the creation of the lien. The exemption is waived if it is not claimed in time.

Date: 11/29/17

MILES L. PRINCE
(TYPE OR PRINT NAME)

▶ /s/ Miles L. Prince
(SIGNATURE OF LIEN CLAIMANT OR ATTORNEY)

Form Approved by the
Judicial Council of California
AT-180, EJ-185 [New January 1, 1985]

**NOTICE OF LIEN**
(Attachment—Enforcement of Judgment)

CCP 491.410, 708.410